**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**John Edward SAUNDERS,
Defendant–Appellant.**

No. 06–10898
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 29, 2007.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

John Edward Saunders appeals his conviction of bank robbery. Saunders contends that there was no factual basis for his plea because the facts set out in the written factual basis, which was recited at his rearraignment, indicated that he used a firearm at the bank president's home before he robbed the bank, and not during the actual robbery.

Any possible deficiency in the factual basis supporting Saunders's plea did not affect his substantial rights. The presen-

---

tence report indicated that Saunders pointed a firearm at the face of a bank employee during the robbery. *See United States v. Adams*, 961 F.2d 505, 512–13 (5th Cir. 1992).

AFFIRMED; MOTION FOR DISMISSAL OR SUMMARY AFFIRMANCE DENIED; ALTERNATIVE REQUEST FOR EXTENSION OF TIME DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.